E-FILED: 7-22-11
CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LIBURD,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT (LAUSD); CITY OF LOS ANGELES (CLA); ENRIQUE FRANCO, Individually and in his official capacities; OFFICER BELLO, Individually and in his official capacities; SERGEANT MINUTELLA, Individually and in his official capacities, and DOES 1 through 10, Inclusive,<br><br>Defendant. | Case No. CV10-8353 PSG(PJWx)<br><br>[Assigned to the Honorable Philip S. Gutierrez Courtroom 880]<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>**[F.R.C.P. Rule 56]**<br><br>**Date: July 11, 2011**<br>**Time: 1:30 p.m.**<br>**Courtroom: 880** |

On July 8, 2011, the Honorable Philip S. Gutierrez, District Judge Presiding on Defendants Los Angeles Unified School District, Enrique Franco, Officer Bello and Sergeant Minutella's Motion for Judgment on the Pleadings, granted the motion in its entirety with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing, that judgment be entered in favor of Defendants Los Angeles Unified School District, Enrique Franco, Officer Bello and Sergeant Minutella.

IT IS FURTHER ORDERED that Defendant Los Angeles Unified School District shall recover costs from Plaintiff the costs of suit incurred here in the amount in the amount of $_____.

Dated: July 21, 2011

The Honorable Philip S. Gutierrez
United States District Court Central District